UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 20-054 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JAQUAN KEON JACKSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:   Supervised Release Violation

<u>Date of Detention Hearing</u>:   February 11, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant is in this District on courtesy supervision from the District of Oregon after conviction for Felon in Possession of a Firearm. Defendant is alleged to have violated

DETENTION ORDER
PAGE -1

the conditions of supervised release by committing the offense of Unlawful Possession of a Firearm in the First Degree. The charge is pending in King County, Washington. Defendant's criminal record includes other firearms charges, several assault charges, and driving offenses involving alcohol. Some offenses were committed while on supervision.

2. Defendant poses a risk of nonappearance based on lack of ties to the District of Oregon, a previous failure to appear charge, possible substance use, and non-compliance and commission of new offenses while on supervision. Defendant poses a risk of danger based on criminal history including prior offenses involving similar behavior and the possession of firearms, possible substance use, the nature of the instance allegations, and non-compliance and commission of new offenses while on supervision.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 11th day of February, 2020.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3